UNITED STATES of America, Plaintiff–Appellee,

v.

Mario ROMERO–CORTEZ, Defendant–Appellant.

No. 00–30279.

D.C. No. CR–00–00181–RHW.

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2001.[1]

Decided June 21, 2001.

Before O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

## MEMORANDUM [2]

Mario Romero–Cortez appeals the 30–month sentence imposed following his guilty plea to being an alien found in the United States after deportation. Romero–Cortez contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court erred in imposing a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) based upon a prior felony to which he did not admit, and which was not submitted to a jury and proven beyond a reasonable doubt. He

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

also contends that *Apprendi* renders inapplicable *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (holding that 8 U.S.C. § 1326(b)(2) is a sentencing factor and not a separate offense), because he did not admit to an aggravated felony at his change of plea hearing. His arguments are foreclosed by this court's recent decision in *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *as amended* (Feb. 8, 2001). *United States v. Castillo–Rivera,* 244 F.3d 1020, 1024–25 (9th Cir. 2001). We deny his request to stay these proceedings.

AFFIRMED.